Exhibit 1

P.7

FILED
Marilyn Burgess
District Clerk

NOV 03 2025
Time: 10:47a
By Harris County, Texas
Deputy

CAUSE NO. 2025 83482

IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS

165th JUDICIAL DISTRICT

**TIESHA LASHAY GAMBLE,**

Plaintiff,

v.

**CITY OF HOUSTON,**

Defendant.

# PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Tiesha Lashay Gamble** ("Plaintiff"), filing this Original Petition against the **City of Houston** ("Defendant") and **Peace Officer Mayo 10073 ("Defendant")** for negligence, official misconduct, defamation, and violations of Plaintiff's constitutional rights **Fourth and Fourteenth Amendments.**

Plaintiff will show the Court as follows:

## I. DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery under **Level 2** of Texas Rule of Civil Procedure 190.3.

For Official Governmental Use Only - Do Not Disseminate to the Public: 123503793 - Page 1 of 7

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

## II. PARTIES AND SERVICE

1. **Plaintiff:** Tiesha Lashay Gamble is an individual residing in Harris County, Texas.
2. **Defendant:** The City of Houston is a municipal corporation organized under the laws of the State of Texas and may be served by its City Secretary at:
   **City of Houston Legal Department**
   900 Bagby Street, 4th Floor
   Houston, Texas 77002.
3. **Defendant: Officer Mayo badge 10073**
   Houston Police Department
   9455 W Montgomery Rd
   Houston, Tx 77088

## III. JURISDICTION AND VENUE

1. Jurisdiction is proper under the **Texas Tort Claims Act (Tex. Civ. Prac. & Rem. Code § 101.021 et seq.)** and **42 U.S.C. § 1983**, as this action arises from the negligent acts and constitutional violations committed by employees of the Houston Police Department.
2. Venue is proper in Harris County under **Tex. Civ. Prac. & Rem. Code § 15.002(a)** because all or a substantial part of the events giving rise to this claim occurred in Harris County, Texas.

## IV. FACTUAL BACKGROUND

1. On or about **August 12, 2025,** at approximately **3:30 p.m.,** Plaintiff interacted with **Officer Mayo** at the Houston Police Department located at 9455 W Montgomery Rd Houston, Tx 77088. Plaintiff originally asked for a welfare check on child Paris Williams.

2. Officer Mayo failed to perform a **thorough investigation or factual check** before accusing Plaintiff of providing false information regarding her child's whereabouts. Officer Mayo proceeds to state **Tiesha Gamble** beat her daughter Paris Williams referring to an alleged crime that has not been resolved.

For Official Governmental Use Only - Do Not Disseminate to the Public: 123503793 - Page 2 of 7

3. As a result of Officer Mayo's false statements and negligent conduct, Plaintiff suffered **emotional distress, physical injury, humiliation, and violation of her constitutional rights** under the **Fourth and Fourteenth Amendments** to the United States Constitution. Texas Constitution **Article 1, Section 9**

4. Plaintiff submitted a complaint with Houston Police Internal Affairs which was closed on August 18, 2025, signed by **Sergeant D. Nunez.**

5. Plaintiff timely submitted a **notice of claim and settlement demand** to the City of Houston's Legal Department, which was subsequently denied.

## V. CAUSES OF ACTION

### A. Violation of Civil Rights (42 U.S.C. § 1983)

1. Defendant, through its employee Officer Mayo, acted under color of state law and deprived Plaintiff of rights secured by the **Fourth Amendment** (freedom from unlawful seizure and false accusation) and the **Fourteenth Amendment** (due process and equal protection.

### B. Negligence – Texas Tort Claims Act

1. Defendant, through its employee, owed Plaintiff a duty to act with reasonable care and in accordance with established police investigation procedures.

2. Officer Mayo breached that duty by failing to conduct a proper inquiry before making accusations against Plaintiff.

3. The defendant's negligence caused Plaintiff's **emotional distress, reputational harm, and physical Injury.**

## VI. DAMAGES

As a direct and proximate result of Defendant's conduct, Plaintiff suffered:

- Emotional distress and mental anguish
- Damage to reputation
- Violation of constitutional rights
- Other compensatory damages in an amount to be determined at trial.

Plaintiff seeks monetary damages within the jurisdictional limits of this Court.

For Official Governmental Use Only - Do Not Disseminate to the Public: 123503793 - Page 3 of 7

## VII. REQUEST FOR RELIEF

Plaintiff respectfully requests that upon final hearing, the Court grant the following relief:

1. Plaintiff seeks monetary relief of **$5000.00** or less for Defamation of character.
2. Plaintiff seeks monetary relief of **$40,000** or less for Punitive Damages. Plus, Court costs and attorney's fees (if applicable);
3. Plaintiff seeks monetary relief of **$50,000** or less for **Penalty**; Civil Rights Violation.
4. Pre- and post-judgment interest; and
5. Such other and further relief as the Court deems just and proper.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury and has tendered the appropriate jury fee.

**Sincerely,**

*Tiesha Lashay Gamble*

**Tiesha Lashay Gamble**
Plaintiff, Pro Se
7326 Parkes St.
Houston, Texas 77088
832-851-8213
gamble.tiesha@yahoo.com

For Official Governmental Use Only - Do Not Disseminate to the Public: 123503793 - Page 4 of 7

## Declaration under penalty of perjury

I, Tiesha Gamble, acknowledge that the stated facts in this document are true and correct to my personal knowledge. My date of birth is July 3, 1992, and my address is 7326 Parkes St Houston Texas 77088.

**Signature:**

*Tiesha Gamble*

(Your Signature)

**State of Texas County of** HARRIS

This instrument was acknowledged before me on 11/8/25 by

Tiesha Gamble .



RACHEL ATH
129496302
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
NOVEMBER 18, 2028

Notary Public's Signature

*Rachel Ath*

For Official Governmental Use Only - Do Not Disseminate to the Public: 123503793 - Page 5 of 7

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of _____, I served a true and correct copy of the foregoing **Petition to** _____ upon the following party(ies) by:

☐ U.S. Mail

☐ Email

☐ Hand Delivery

☐ Other: _____

**Name of Recipient:** _City of Houston (legal Department)_
**Address or Email:** _900 Bagby St. 4th Floor Houston Tx 77088_

**Signature:** _____

**Printed Name:** _____

**Address:** _____

**Phone/Email:** _____

**Date:** _____

For Official Governmental Use Only - Do Not Disseminate to the Public: 123503793 - Page 6 of 7

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of _____, I served a true and correct copy of the foregoing **Petition to** _____ upon the following party(ies) by:

☐ U.S. Mail
☐ Email
☐ Hand Delivery
☐ Other: _____

**Name of Recipient:** Officer Mayo Badge 10073
**Address or Email:** 9455 N Montegomery Rd Houston TX 77088

**Signature:** _____
**Printed Name:** _____
**Address:** _____
**Phone/Email:** _____

**Date:** _____

For Official Governmental Use Only - Do Not Disseminate to the Public: 123503793 - Page 7 of 7



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 16, 2025

Certified Document Number:        123503793 Total Pages:  7

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**